Norberto FARAON, aka Norberto
Fraon, aka Norberto Praon,
Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 08–71692.

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2012.*

Filed March 13, 2012.

Robert J. Dupont, Wilner & O'Reilly, APLC, Cerritos, CA, for Petitioner.

OIL, Regina Byrd, Esquire, U.S. Department of Justice, Steven Frank Day, Esquire, Office of Immigration Litigation, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FARRIS, CLIFTON, and IKUTA, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

MEMORANDUM **

Because Faraon did not argue before the BIA that he attempted to withdraw or should have been allowed to withdraw his concession to the charge of removability, we have no jurisdiction to consider his petition. *See Barron v. Ashcroft,* 358 F.3d 674, 678 (9th Cir.2004).

DISMISSED.